**RICOH COMPANY, LTD., Plaintiff–Cross Appellant,**

v.

**QUANTA COMPUTER, INC. and Quanta Storage, Inc., Defendants–Appellants,**

and

**Quanta Computer USA, Inc., Philips Taiwan, Ltd., and Business Line Data, Philips Optical Storage, Defendants.**

**Nos. 2010–1332, 2010–1339.**

United States Court of Appeals, Federal Circuit.

March 4, 2011.

John C. Rozendaal, Richard H. Stern, Mark C. Hansen, Michael E. Joffre, Kellogg, Huber, Hansen, Todd, Evans, Washington, DC, Ivan S. Kavrukov, Cooper &

Dunham, LLP, New York, NY, for Plaintiff–Cross Appellant.

Terrence Duane Garnett, Jay Chih–Fan Chiu, Vincent K. Yip, Peter J. Wied, Paul, Hastings, Janofsky & Walker, Los Angeles, CA, Stephen B. Kinnaird, Paul, Hastings, Janofsky & Walker, Washington, DC, for Defendants/Defendants–Appellants.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).